IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VON W. RICHARDSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 1:11-cv-1961 (JEB) |
| ) | |
| TRICARE Management Activity, SAIC, ) | |
| U.S. Department of Defense, and ) | |
| Leon E. Panetta, Secretary of Defense, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE COURT:

Please take notice that the undersigned attorney, Luke M. Jones of the United States Department of Justice, hereby withdraws his appearance on behalf of the federal defendants, TRICARE Management Activity, the United States Department of Defense, and the Secretary of Defense.

1

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

*/s/ Luke M. Jones*
LUKE M. JONES
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, DC  20044
Tel: (202) 514-3770
Fax: (202) 616-8460
luke.jones@usdoj.gov

Dated:  March 26, 2014

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 26, 2014, I caused a true and correct copy of the foregoing Notice to be served on all counsel in this case electronically by means of the Court's ECF system.

                                                */s/ Luke M. Jones*
                                                LUKE M. JONES